UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LUIS HERBERT GAMBOA CARABALI                                              PETITIONER

V.                                                         CIVIL ACTION NO. 3:24-CV-762-DPJ-ASH

WARDEN CHILDRESS                                                          RESPONDENT

ORDER

Luis Herbert Gamboa Carabali filed this habeas petition under 28 U.S.C. § 2241 while incarcerated at the Federal Correctional Complex in Yazoo City, Mississippi. Pet. [1]; Am. Pet. [4]. On October 1, 2025, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [16]. Judge Harris recommends that Carabali's petition be dismissed for failure to exhaust. R&R [16] at 4. No objection has been filed, and the time to do so has passed. *See id.* (informing Carabali that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [16] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Petitioner's petition [1] is dismissed without prejudice. A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 24th day of October, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE
